

(Official Form 1) (12/03)

| FORM B1<br>04-34668-11 | United States Bankruptcy Court<br>District of Oregon   04-34668 | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Symphony Healthcare II, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>Healthmont of Oregon II, Inc. | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): ; EIN: 62-1827392 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>10300 N.E. Hancock Street<br>Portland, OR 97220 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Multnomah | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
☐ Individual(s)    ☐ Railroad
☑ Corporation      ☐ Stockbroker
☐ Partnership      ☐ Commodity Broker
☐ Other _____    ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7    ☑ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐

**Nature of Debts** (Check one box)
☐ Consumer/Non-Business    ☑ Business

**Filing Fee** (Check one box)
☑ Full Filing Fee attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

MAY - 7 2004

LODGED____ REC'D____
PAID____ DOCKETED____
AFTER 4:30 P.M.

(Official Form 1) (12/03)                                                         FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Symphony Healthcare II, Inc. |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>Symphony Healthcare IV, LLC | Case Number:<br>04-32592-tmb7 | Date Filed:<br>March 23, 2004 |
| District:<br>Oregon | Relationship:<br>Subsidiary | Judge:<br>Trish M. Brown |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Debtor

X_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

X _*Albert N. Kennedy*_ (signature)
Signature of Attorney for Debtor(s)
ALBERT N. KENNEDY OSB No. 82142
Printed Name of Attorney for Debtor(s)
Tonkon Torp LLP
Firm Name
888 S.W. Fifth Ave., #1600
Address
Portland, OR 97204-2099
503-802-2013
Telephone Number
05/06/04
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _*Kenneth W Perry*_ (signature)
Signature of Authorized Individual
KENNETH W. PERRY
Printed Name of Authorized Individual
President
Title of Authorized Individual
05/06/04
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
((To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re   Symphony Healthcare II, Inc.         ,
                Debtor

Case No. _____

Chapter   11   _____

## Voluntary Petition Continuation Sheet

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor |||
|---|---|---|
| Name of Debtor: Symphony Healthercare V, LLC | Case Number: 04-32593-tmb7 | Date Filed: March 23, 2004 |
| District: Oregon | Relationship: Affiliate | Judge: Trish M. Brown |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                         )
                              ) Case No. **04-34668**
                              )
Symphony Healthcare II, Inc.  ) **EXHIBIT "C"**
                              ) [If not an Ex. on Petition Pg. 2, then to
                              )   be FULLY completed by ALL debtors
Debtor(s)                     )   and attached to ALL copies of the Petition.]

(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is NOT acceptable!)

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent harm to the public health or safety:_____
   None

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:_____
   None

3. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:_____ None.

4. Street address of principal assets (note property):_____ None.

5. [If debtor(s) an individual] Is debtor(s), OR has debtor(s) ever been within the 6 years prior to filing, either: self-employed or a sole proprietor; a partner, other than a limited partner, of a partnership; or an officer, director, managing executive, or person in control of a corporation? ☑ YES ☐ NO
       If YES, complete ALL questions in the Statement of Affairs.

6. [Unless EXACT question already answered on Petition] If debtor is CORPORATION, list name and address of chief executive officer; if debtor is PARTNERSHIP, list names and addresses of general partners:_____ Kenneth W. Perry, Symphony Healthcare, 210 12th Avenue South, Nashville, TN 37203

7. Total GROSS income of the individual debtor(s) for the last tax year: $____0____ (i.e., before any deductions).
8. Total amount of unsecured debt: $ 0.00_____.
9. Total Noncontingent, Liquidated Farming Operation Debt: $ 0.00_____.
10. Total GROSS income from farming operation for the individual debtor(s) for last tax year: $ 0.00_____.
11. The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does not have an attorney.

I declare under penalty of perjury that the above information provided in this Exhibit "C" is true and correct.

DATED: 05/06/04_____    _Kenneth W Perry_____ 615-620-1520
                                  Debtor's Signature              Phone #

                                  _____
                                  Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**

I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:
Individual Name and Firm (Type or Print):_____
Address (Type or Print):_____
Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:
_____

Signature:_____ Social Security #:_____ Phone #:_____

[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits any payment to any person for services until the court filing fees are paid in full.]

EXHIBIT C (12/1/01)

UNITED STATES BANKRUPTCY COURT
District of Oregon

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

MAY - 7 2004

LODGED_____ REC'D_____
PAID_____ DOCKETED_____
AFTER 4:30 P.M.

| | |
|---|---|
| In re GKPS, Inc.<br><br>                    Debtor. | Case No.<br>Chapter 11 |
| In re SYMPHONY HEALTHCARE I, INC.,<br><br>                    Debtor. | Case No.<br>Chapter 11 |
| In re SYMPHONY HEALTHCARE II, INC.,<br><br>                    Debtor. | Case No.  04-34668<br>Chapter 11 |
| In re SYMPHONY HEALTHCARE IV, LLC,<br><br>                    Debtor. | Case No. 04-32592-tmb11<br>Chapter 11 |
| In re SYMPHONY HEALTHCARE V, LLC,<br><br>                    Debtor. | Case No. 04-32593-tmb11<br>Chapter 11 |

# DISCLOSURE OF COMPENSATION – Rule 2016(b)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case was $86,414 inclusive of an existing retainer of $13,517.50.

2.  The source of the compensation paid, or to be paid to me was the debtor.

3.  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

Date  May 7, 2004                    Signature _____
                                                Albert N. Kennedy, OSB No. 82142

032313\00001\570257 V001

Tonkon Torp LLP
888 S.W. Fifth Avenue, #1600
Portland, OR 97204-2099
503-802-2013
503-972-3713



Form B4
11/92

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT
### District of Oregon

CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

In re **Symphony Healthcare II, Inc.**,
                        Debtor

Case No. _____ MAY - 7 2004 _____

04-34668       Chapter 11

LODGED_____REC'D_____
PAID_____DOCKETED_____
AFTER 4:30 P.M.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) person who come within the definition of "insider set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| McKesson General Medical Group<br>Dept. 0701<br>P. O. Box 120001<br>Dallas, TX 75312 | McKesson General Medical Group<br>Dept. 0701<br>P. O. Box 120001<br>Dallas, TX 75312<br>Business (877) 425-6242 | Trade Debt | | 80,640.11 |
| On Assignment<br>P. O. Box 633307<br>Cincinnati, OH 45263-3307 | On Assignment<br>P. O. Box 633307<br>Cincinnati, OH 45263-3307<br>Business (877) 936-4762 | Trade Debt | | 76,262.16 |
| Eastmoreland Emergency Physicians, Inc.<br>10300 NE Hancock | Eastmoreland Emergency Physicians, Inc.<br>10300 NE Hancock<br>Portland, OR 97202 | Trade Debt | | 68,960.00 |
| Nurse Finders<br>P. O. Box 910738<br>Dallas, TX 75391-0738 | Nurse Finders<br>P. O. Box 910738<br>Dallas, TX 75391-0738<br>Business (503) 282-7920 | Trade Debt | | 66,337.25 |
| Siemens Med<br>File 4630 Box 60000<br>San Francisco, CA 94160-4630 | Siemens Med<br>File 4630 Box 60000<br>San Francisco, CA 94160-4630<br>Business (800) 406-4404 | Trade Debt | | 64,449.71 |

Form B4
11/92

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Health Care Services Inc.<br>9221 SW Barbur Blvd., #205<br>Portland, OR 97219 | Health Care Services Inc.<br>9221 SW Barbur Blvd., #205<br>Portland, OR 97219<br>Business    (503) 977-0380 | Trade Debt | | 56,082.23 |
| Quest Diagnostics<br>5643 Collection Center Dr.<br>Chicago, IL 60693 | Quest Diagnostics<br>5643 Collection Center Dr.<br>Chicago, IL 60693<br>Business    (503) 306-1201 | Trade Debt | | 49,771.58 |
| Portland General Electric<br>P. O. Box 4438<br>Portland, OR 97208-4438 | Portland General Electric<br>P. O. Box 4438<br>Portland, OR 97208-4438<br>Business    (503) 228-6322 | Trade Debt | | 45,136.24 |
| AAA Healthcare Mgmt. Services<br>135 A Lasalle St., Dept. 5138<br>Chicago, IL 60674-5138 | AAA Healthcare Mgmt. Services<br>135 A Lasalle St., Dept. 5138<br>Chicago, IL 60674-5138<br>Business    (618) 235-4700 | Trade Debt | | 36,439.39 |
| National Data Corporation<br>Network Services Division<br>P. O. Box 945782<br>Atlanta, GA 30394-5782 | National Data Corporation<br>Network Services Division<br>P. O. Box 945782<br>Atlanta, GA 30394-5782<br>Business    (800) 852-0707 | Trade Debt | | 35,706.12 |
| Exactech<br>P. O. Box 917738<br>Orlando, FL 32891-7738 | Exactech<br>P. O. Box 917738<br>Orlando, FL 32891-7738<br>Business    (800) 392-2832 | Trade Debt | | 34,888.50 |
| Northwest Physician Mutual Insurance<br>P. O. Box 13400<br>Salem, OR 97309 | Northwest Physician Mutual Insurance<br>P. O. Box 13400<br>Salem, OR 97309<br>Business    (503) 371-8828 | Trade Debt | | 32,978.00 |
| Health Care Providers Management<br>12622 NE Stark, Plaza 125<br>Portland, OR 97233 | Health Care Providers Management<br>12622 NE Stark, Plaza 125<br>Portland, OR 97233<br>Business    (503) 255-1110 | Trade Debt | | 32,336.68 |
| Steven Redmond, MD<br>6327 NE Milwaukie<br>Portland, OR 97202 | Steven Redmond, MD<br>6327 NE Milwaukie<br>Portland, OR 97202<br>Business    (503) 418-1800 | Trade Debt | | 30,500.00 |

Form B4
11/92

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CompHealth Medical<br>P. O. Box 972670<br>Dallas, TX 75397-2670 | CompHealth Medical<br>P. O. Box 972670<br>Dallas, TX 75397-2670<br>Business (800) 328-3021 | Trade Debt | | 28,741.53 |
| Blue Cross<br>P. O. Box 30805<br>Salt Lake City, UT 84130 | Blue Cross<br>P. O. Box 30805<br>Salt Lake City, UT 84130<br>Business (503) 225-5221 | Trade Debt | | 27,731.50 |
| Second Chance Staffing<br>c/o Robert Williams<br>408 SW Second Avenue, Suite 530<br>Portland, OR 97204-3404 | Second Chance Staffing<br>c/o Robert Williams<br>408 SW Second Avenue, Suite 530<br>Portland, OR 97204-3404<br>Business (503) 243-4025 | Trade Debt | | 26,165.60 |
| Sysco Food Services<br>P. O. Box 4100<br>Portland, OR 97208 | Sysco Food Services<br>P. O. Box 4100<br>Portland, OR 97208<br>Business (503) 682-6690 | Trade Debt | | 25,951.61 |
| Paula Crone, DO<br>5436 NE 28th Avenue, Suite A<br>Portland, OR 97202 | Paula Crone, DO<br>5436 NE 28th Avenue, Suite A<br>Portland, OR 97202<br>Business (503) 239-7030 | Trade Debt | | 24,000.00 |
| Opti/West<br>College Plaza<br>309 E. Second Street | Opti/West<br>College Plaza<br>309 E. Second Street<br>Pomona, CA 91766 | Trade Debt | | 24,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Edward Hostmann, the Chief Executive Officer of the debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date May 7, 2004

Signature _____  CEO

EDWARD HOSTMANN, Chief Executive Officer

032313\00001\570313 V001

3