Case 04-34668-tmb7　Doc 85　Filed 12/16/04

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

DEC 1 6 2004

LODGED___ REC'D ✓
PAID___ DOCKETED___

UST-20

# MONTHLY OPERATING REPORT FOR
## NON-OPERATING CORPORATION OR PARTNERSHIP DEBTOR
### (Including LLCs and LLPs)

Case No. 04-34668-tmb11

Debtor: Symphony Healthcare II, Inc.

Report Month/Year: November 2004

**Instructions**: Answer *all* questions and attach additional sheets if necessary to provide complete responses.

|  |  | Yes | No |
|---|---|:---:|:---:|
| 1. | The debtor did *not* operate a business during the reporting month, and all of its financial activity for the reporting month is fully disclosed in this report. | X |  |
| 2. | Did the debtor, or a third party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during this reporting month? *If yes*, attach a schedule identifying each asset, date of sale notice, method of disposition, and gross and net sale proceeds received. If real property was sold, attach a copy of the closing statement. |  | X |
| 3. | Is the debtor holding any funds in an account at a financial institution? *If yes*, attach a copy of the bank statement for this reporting month for each account. |  | X |
| 4. | Are any of the debtor's funds, or funds in which the debtor has an interest, held by debtor's counsel, an escrow company, or another third party on behalf of the debtor? *If yes*, attach a schedule identifying the party or entity holding the funds, the amount of funds held, and the purpose for which the funds are held. |  | X |
| 5(a). | Did the debtor collect any accounts receivable during this reporting month? *If yes*, proceed to 5(b). *If no*, proceed to 5(c). |  | X |

UST-20

| | |
|---|---|
| Case No. | 04-34668-tmb11 |
| Debtor | Symphony Healthcare II, Inc. |
| Report Month/Year | November 2004 |

|  |  |  |  | Yes | No |
|---|---|---|---|---|---|
| 5(b). | What was the debtor's accounts receivable balance? | Prior Month | $ - | | |
| | | Report Month | $ - | | |
| 5(c). | What portion of the debtor's accounts receivable balance is considered uncollectible? | | $ - | | |

| | | | |
|---|---|---|---|
| 6. | Excluding receipts disclosed in 2 and 5 above, did the debtor or another party on behalf of the debtor receive other funds during this reporting month? (e.g. dividends, royalties and other amounts due to the debtor) If yes, attach a schedule listing each receipt by payor, date received, dollar amount, and nature of the transaction. | | X |
| 7(a). | Did the debtor or another party on behalf of the debtor make payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person? *If yes,* attach a schedule listing each payment to a professional, and include the payee, type of work performed, payment date, dollar amount, and date of court approval. | | X |
| 7(b). | Did the debtor or another party on behalf of the debtor make any payments during this reporting month to, or for the benefit of, an officer, director, partner, member, shareholder or other insider of the debtor? *If yes*, attach a schedule listing each payment and identify the payee, date, dollar amount, and nature of payment (e.g., expense reimbursement, loan repayment, draw, salary, wages, bonus, dividend, stock distribution, or other explanation). | | X |
| 7(c). | Excluding payments listed in 7(a) and 7(b) above, did the debtor or another party on behalf of the debtor make any other payments during this reporting month? *If yes,* attach a schedule identifying the source of funds, payee, date, dollar amount, and purpose. | X | |

Paid by Woodland Park Hospital to US Trustee, 11/1/04, $250, third quarter 2004 UST Fees.

| | | |
|---|---|---|
| 7(d). | Total payments (disbursements) during the reporting month as reported in 7(a), 7(b) and 7(c) above: | $ 250.00 |

UST-20

| | |
|---|---|
| Case No. | 04-34668-tmb11 |
| Debtor | Symphony Healthcare II, Inc. |
| Report Month/Year | November 2004 |

|  |  | Yes | No |
|---|---|---|---|
| 8. | Did the debtor incur any tax debt during the reporting month? *If yes,* attach a schedule listing the taxing agency to whom the debt was incurred, amount due, tax period, and payment due date. Include an explanation for any delinquent post-petition taxes. | | X |
| 9. | Did the debtor incur any debt during the reporting month for *post-petition* professional fees? *If, yes,* estimate the amount of professional fees accrued but not paid. | | X |
| 10. | Excluding taxes and professional fees reported in 8 and 9 above, did the debtor incur *other* debt during the reporting month? *If yes,* attach a schedule listing the person or entity to whom the debt is owed, amount due, nature of debt, and payment due date. | | X |
| 11. | Were there any changes in the debtor's insurance coverage during the reporting month? *If yes,* explain. | | X |
| 12. | At the end of this reporting month, did the debtor have any delinquent statutory fees owing to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6)? *If yes,* list each quarter that is delinquent and the amount due with an explanation. | | X |

Quarter          Amount          Explanation
_____          _____          _____
_____          _____          _____

13. Explain what progress the debtor made during this reporting month toward confirmation of a plan of reorganization. Include a description of significant events or new developments in the case.

    Ch. 11 Liquidation

UST-20

| Case No. | 04-34688-tmb11 | | |
|---|---|---|---|
| Debtor | Symphony Healthcare II, Inc. | Report Month/Year | November 2004 |

**DEBTOR CERTIFICATION:**

The debtor agrees to immediately notify the United States Trustee if its operations resume, and thereafter to file complete monthly operating reports in compliance with Local Bankruptcy Rule 2015-2(a) and the United States Trustee's requirements.

I certify under penalty of perjury that (1) I have personally prepared this financial report or directly supervised its preparation, and (2) the information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information and belief.

BY: [signature]     DATE: 12-16-2004

TITLE: CEO

The debtor, or trustee, if appointed, must sign the monthly financial report. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. Debtor's counsel may not sign a financial report for the debtor.

UST-20

| | |
|---|---|
| Case No. 04-34668-tmb11 | |
| Debtor Symphony Healthcare II, Inc. | Report Month/Year November 2004 |

**File the original....(select only one)**

For a Chapter 11 case filed in Portland, OR:
United States Bankruptcy Court
1001 SW 5th Avenue, 7th floor
Portland, OR  97204

For a Chapter 11 case filed in Eugene, OR:
United States Bankruptcy Court
151 West 7th Avenue, 3rd floor
Eugene, OR  97401

CERTIFICATION OF SERVICE: The undersigned certifies that copies of this report and all supporting documents have been served upon each of the following persons in this case:  U.S. Trustee; the chairperson of each official committee of creditors or equity security holders and the attorney(s) for each such committee; and the debtor and the debtor's attorney, and the trustee and the trustee's attorney, if applicable.

BY: _Judith V. Benning_  DATE: 12/15/04
TITLE: CPA

Send U.S. Trustee's copy to:  (select only one)

For a Chapter 11 case filed in Portland, OR:

Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR  97205

For a Chapter 11 case filed in Eugene, OR:

Office of the United States Trustee
211 E. 7th Avenue, Suite 285
Eugene, OR  97401

Monthly Operating Report - Non-Operating Corporation or Partnership

United States Trustee-Oregon

Page 5 of 5
(Revised 12/15/03)

Certificate of Service

I hereby certify that on the 16th of December 2004, I served a copy of the foregoing Rule 2015 for November 2004 by mailing a copy of this document, by United States first class mail, postage prepaid, and addressed to the following:

Edward C. Hostmann
Edward Hostmann, Inc.
P.O. Box 454
Lake Oswego, OR 97034
  CEO

Symphony Healthcare II, Inc.
c/o Kenneth W. Perry
210 12th Avenue. So., #209
Nashville, TN 37203-4046
  Debtor

Albert N. Kennedy
Tonkon Torp LLP
888 S.W. Fifth Avenue, Suite 1600
Portland, OR 97204
  Attorney for Debtor

United States Bankruptcy Court
1001 S.W. Fifth Avenue
7th Floor
Portland, OR 97204

Office of the United States Trustee
620 S.W. Main St.
Suite 213
Portland, OR 97205

Jeffrey Wertsler
Internal Revenue Service
1220 SW 3rd Ave., M/S 0240
Portland, OR 97204

Second Chance Medical Staffing
c/o J. William Savage, Esq. And Michael Banks, Esq.
620 S.W. Fifth Avenue
Suite 1125
Portland, OR 97204
  Chair

Quest Diagnostics Clinical Laboratories
c/o Robert Owen, Asst. Controller
6600 S.W. Hampton Street
Portland, OR 97223

Health Care Services, LLC
c/o Russell Johnson, G.M.
12728 S.E. Stark Street
Portland, OR 97233

Liberty Northwest Insurance Corporation
c/o Barbara Davis, Credit Manager
650 N.E. Holladay Street
Portland, OR 97232

Aventis Pasteur
c/o Lisa Karpf
Credit Services Analyst
Discovery Drive, Bldg. MB 11
Swiftwater, PA 18370
  Creditor

Barry P. Caplan
Sussman Shank LLP
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
  Attorney for Physicians Hospital

GE Healthcare Financial Services
C/o Mark M. LeCoq
Schwabe, Williamson & Wyatt PC
Pacwest Center, Suites 1600-1800
1211 S.W. Fifth Avenue
Portland, OR 97204

Todd L. Hamel, M.D.
6033 S.W. Taylors Ferry Road
Portland, OR 97219
  Creditor

IBM Corporation
Attn: Vicky Namken
13800 Diplomat
Dallas, TX 75234
  Creditor

Douglas R. Pahl
Perkins Coie LLP
1120 N.W. Couch Street, 10th Fl.
Portland, OR 97209
  Attorney for Les Ashbar Co.

Robert J. Vanden Bos  
Vanden Bos & Chapman, LLP  
319 SW Washington St, Ste 520  
Portland, OR 97204-2690  
  Attorney for Petitioning Creditors

Quest Diagnostics Laboratories, Inc.  
C/o Craig P. Bronstein  
Lanak & Hanna, P.C.  
400 N. Tustin Avenue, Ste 120  
Santa Ana, CA 92705-3815

Dated this 16th day of December 2004

    Reinhardt, Henderson & Co., P.C.

    By: *Judith V. Bennington* (signature)  
    Judith V. Bennington