UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 04-34670-tmb11
) (Jointly Administered)
GKPS, Inc., )
)
         Debtor. )
)
_____ )
In re )
) Case No. 04-32593-tmb11
SYMPHONY HEALTHCARE V, LLC, as )
consolidated, fdba woodland Park ) **CHANGE OF ADDRESS; OR, IF <u>NOT</u> DONE BY**
Hospital and Eastmoreland Hospital, ) **DEBTOR, ADDITION OF INTERESTED PARTY**
) **(Symphony Healthcare II, Inc.)**
         Debtor. )
_____

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

'05 AUG 16 A9:01

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

I, THE UNDERSIGNED, CERTIFY THE FOLLOWING IS TRUE AND CORRECT:

1. The address of *ONLY Symphony Healthcare II, Inc.* must be changed or added.

2. The address change or additions for the party named in pt. 1 should be made as follows (CHECK *ONLY* ONE):

    ☐ a. CHANGE FOR <u>BOTH</u> DEBTORS (i.e., both debtors' addresses will be changed even if they currently have different addresses and only one debtor is named in pt. 1);

    ☒ b. CHANGE FOR <u>ONLY</u> *ONE* DEBTOR [i.e., only address of the debtor named in pt. 1 (or husband if both names appear in a joint case) will be changed];

    ☐ c. CHANGE FOR <u>ONLY</u> *JOINT* DEBTOR [i.e., only address of joint debtor (wife) will be changed even if both names appear in pt. 1];

    ☐ d. CHANGE FOR DEBTOR'S ATTORNEY;

    ☐ e. CHANGE FOR CREDITOR OR OTHER INTERESTED PARTY;

    [NOTE: An address change submitted by the debtor will <u>NOT</u> change a creditor's service address if a proof of claim has been filed by that creditor; <u>ONLY</u> the creditor may make such a change at that point!]; or

    ☐ f. <u>ADDITION</u> OF CREDITOR OR OTHER INTERESTED PARTY TO MAILING LIST.

    [NOTE: This form is <u>ONLY</u> for use by the <u>PARTY</u> whose address is being ADDED. LBF #728 must be used if the debtor needs to add such party.].

3.  [Must be completed if 2a, 2b, 2c, 2d or 2e above was checked] The entity's old address as shown in the case file is:

    Symphony Healthcare II, Inc.
    10300 NE Hancock St
    Portland, OR 97220

4.  The entity's NEW address *AND* PHONE # is:

    Symphony Healthcare II, Inc.
    c/o Edward C. Hostmann, CEO
    P. O. Box 454
    Lake Oswego, OR  97034
    Telephone     (503) 968-6542

5.  [Must be completed if 2a, 2b, 2c or 2d above was checked] On August 15, 2005, a copy of this document was served on any case trustee, and, unless a chapter 13 case, the U.S. Trustee's office.

DATED: August 15, 2005.

**\*NOTE: THIS FORM MUST BE SIGNED AND WILL BE EFFECTIVE IMMEDIATELY!**

TONKON TORP LLP

By _____
    Albert N. Kennedy, OSB No. 82142
    Direct Dial: (503) 802-2013
    Timothy J. Conway, OSB No. 85175
    Direct Dial: (503) 802-2027

Attorneys for Debtors

I certify that this form is identical in both format and text to LBF 101, with the exception of the insertion of check boxes.

_____
Albert N. Kennedy, OSB No. 82142
Timothy J. Conway, OSB No. 85175